UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,

                Plaintiffs,

-against-

TATIANA M. RYBAK, OLEG RYBAK, FABIOLA G. PERNIER AS EXECUTOR OF THE ESTATE OF JEAN PIERRE CLAUDE PERNIER, M.D., FRANCOIS JULES PARISIEN, M.D., FRANCIS JOSEPH LACINA, M.D., KSENIA PAVLOVA, D.O., ALFORD A. SMITH, M.D., DARREN THOMAS MOLLO, D.C., CHARLES DENG, L.AC., MARIA SHEILA BUSLON A/K/A MARIA MASIGLA, P.T., JPC MEDICAL, P.C., JPF MEDICAL SERVICES, P.C., JULES MEDICAL, P.C. N/K/A GIBBONS MEDICAL, P.C., JP MEDICAL SERVICES P.C., JFL MEDICAL CARE P.C., ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL SERVICES P.C., PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES P.C., KP MEDICAL CARE P.C., ALFORD A. SMITH MD, P.C., STRATEGIC MEDICAL INITIATIVES P.C., ACH CHIROPRACTIC, P.C., ENERGY CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC PAIN CARE, PLLC, CHARLES DENG ACUPUNCTURE, P.C., MSB PHYSICAL THERAPY, P.C., JOHN DOES 1 THROUGH 20, AND ABC CORPORATIONS 1 THROUGH 20,

                Defendants.

Docket No.: 22-CV-4441 (SJB)

NOTICE OF MOTION

---

**PLEASE TAKE NOTICE** that Defendants, Oleg Rybak and Fabiola G. Pernier, respectfully moves this Court for an Order, pursuant to Fed. R. Civ. P. Rule 12(b)(6) and 9(a) and the Court's inherent power: Dismissing the entire Complaint as against Defendants, Oleg Rybak and Fabiola G. Pernier, in its entirety; and (ii) whatever other and further relief the Court wishes to give.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the May 22, 2023 Court Ordered briefing schedule, any opposition to the motion is due to be served no later than August 25, 2023, and Defendant Oleg Rybak intends to file and serve reply papers in further support of this motion, to the extent that any party serves opposition papers, on or before September 15, 2023, at which time all parties are to file their respective papers with the Court.

Dated: Garden City, New York
July 3, 2023

SCHWARTZ CONROY & HACK, P.C.

By: *Matthew J. Conroy*
Matthew J. Conroy, Esq.
*Attorneys for the Defendants*
666 Old Country Road, 9th Floor
Garden City, New York, 11530
Tel.: (516) 745-1122