Exhibit "1"

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>PLAINTIFFS,<br><br>-against-<br><br>TATIANA M. RYBAK, OLEG RYBAK, FABIOLA G. PERNIER AS EXECUTOR OF THE ESTATE OF JEAN PIERRE CLAUDE PERNIER, M.D., FRANCOIS JULES PARISIEN, M.D., FRANCIS JOSEPH LACINA, M.D., KSENIA PAVLOVA, D.O., ALFORD A. SMITH, M.D., DARREN THOMAS MOLLO, D.C., CHARLES DENG, L.AC., MARIA SHEILA BUSLON a/k/a MARIA MASIGLA, P.T., JPC MEDICAL, P.C., JPF MEDICAL SERVICES, P.C., JULES MEDICAL, P.C. N/K/A GIBBONS MEDICAL, P.C., JP MEDICAL SERVICES P.C., JFL MEDICAL CARE P.C., ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL SERVICES P.C., PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES P.C., KP MEDICAL CARE P.C., ALFORD A. SMITH MD, P.C., STRATEGIC MEDICAL INITIATIVES P.C., ACH CHIROPRACTIC, P.C., ENERGY CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC PAIN CARE, PLLC, CHARLES DENG ACUPUNCTURE, P.C., MSB PHYSICAL THERAPY, P.C., JOHN DOES 1 THROUGH 20, AND ABC CORPORATIONS 1 THROUGH 20,<br><br>DEFENDANTS. | 22-CV-4441 (SJB)<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Plaintiffs Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company (collectively "Plaintiffs") and Defendants Tatiana M Rybak, Jules Parisien, M.D., Ksenia Pavlova, D.O., Alford A. Smith, M.D., Darren Thomas Mollo, D.C., Charles Deng, L.Ac., Maria Sheila Buslon a/k/a Maria Masigla, P.T., JPF Medical Services, P.C., Jules Medical, P.C. n/k/a Gibbons Medical, P.C., JP Medical Services P.C., Allay Medical

Services, P.C., PFJ Medical Care P.C., KP Medical Care P.C., Alford A. Smith MD, P.C., Strategic Medical Initiatives P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng Acupuncture, P.C., and MSB Physical Therapy, P.C. (collectively "Defendants") are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto with regard to this action.

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants who are parties to this Stipulation and Order of Voluntary Dismissal.

Dated: New York, New York
       January 2, 2024

**MORRISON MAHONEY LLP**

By: /s/ Lee Pinzow
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company*

KRAVET & VOGEL, LLP

By: _____
Donald J. Kravet, Esq
555 Fifth Avenue, 14th Fl,
New York, New York 10017

*Counsel for Defendants Tatiana M. Rybak, Jules Parisien, M.D., Ksenia Pavlova, D.O., Alford A. Smith, M.D., Darren Thomas Mollo, D.C., Charles Deng, L.Ac., Maria Sheila Buslon a/k/a Maria Masigla, P.T., JPF Medical Services, P.C., Jules Medical, P.C. n/k/a Gibbons Medical, P.C., JP Medical Services P.C., Allay Medical Services, P.C., PFJ Medical Care P.C., KP Medical Care P.C., Alford A. Smith MD, P.C., Strategic Medical Initiatives P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng Acupuncture, P.C., and MSB Physical Therapy, P.C.*

**SO ORDERED**

_____
Sanket J. Bulsara, U.S.M.J.

Dated: _____, ~~2023~~ 2024