

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

May 22, 2025

**VIA ECF ONLY**

Hon. Sanket J. Bulsara, U.S. District Judge
Hon. Vera M. Scanlon, Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

    Re:    *Allstate Ins. Co., et al. v. Rybak, et al.,* **E.D.N.Y. Case No. 22-cv-4441(SJB)(VMS)**
    **Related Cases:**    **1:25-mc-01838 (SJB)(VMS)**
                              **1:25-mc-01674(SJB)(VMS)**
                              **2:25-mc-01865(SJB)(VMS)**

Dear Hon. Bulsara and Scanlon:

    Along with Cadwalader Wickersham & Taft, we represent Plaintiffs in the above referenced matter. We write this letter jointly with counsel for the sole remaining litigating Defendant in this action, Defendant Oleg Rybak ("O. Rybak"),[1] to advise the Court that, pursuant to continued discussions following the mediation on April 25, 2025, the parties have reached an agreement in principle to resolve the matter.

    Accordingly, we respectfully request that the Court permit the parties forty-five (45) days, to Monday, July 7, 2025, to finalized the settlement and that all pending motions (including, in the related

---

[1] O. Rybak is represented by Mark Arthur Berman of Bond, Schoeneck & King PLLC, and Matthew J. Conroy, Esq. and Robert E.B. Hewitt III, Esq. of Schwartz Conroy & Hack, P.C.

**DALLAS**
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 2000
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990

Hon. Sanket J. Bulsara & Hon. Vera M. Scanlon
May 22, 2025
Page 2



cases, 1:25-mc-01838 (SJB)(VMS)  ECF Nos. 1-3, 1:25-mc-01674(SJB)(VMS) ECF Nos. 1-3 and 2:25-mc-01865(SJB)(VMS), ECF Nos. 1-3) be held in abeyance while the parties proceed with drafting, exchanging comments and finalizing the settlement agreement.  Upon the anticipated completion of the settlement, Plaintiffs will promptly file a stipulation of dismissal with respect to Defendant O. Rybak. In the unforeseen event that the parties do not conclude the settlement, they respectfully request that the current discovery deadlines be tolled and extended for the requested 45-day period.

  We thank the Court for its consideration in this regard.

            Very truly yours,

            MANNING | KASS

            Erica L. Mobley, Esq.

ELM