

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

August 18, 2025

**VIA ECF ONLY**

Hon. Sanket J. Bulsara
U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**   *Allstate Ins. Co., et al. v. Rybak, et al.,* **22-cv-4441(SJB)(VMS)**
            **Related Cases:**   **1:25-mc-01838 (SJB)(VMS)**
                                  **1:25-mc-01674 (SJB)(VMS)**
                                  **2:25-mc-01865 (SJB)(VMS)**

Dear Hon. Bulsara:

      Mindful of the Court's order dated July 7, 2024 (the "Order") in which the Court stated "no further extensions would be granted," for the reasons explained below, counsel for Plaintiffs and the sole remaining litigating defendant Oleg Rybak submit this letter to jointly, respectfully request a thirty (30)-day extension, until Monday, September 22, 2025, of the current deadline (August 21, 2025) set forth in the Order to file a stipulation of dismissal as to Defendant Oleg Rybak, as well as for Plaintiffs to provide a status report regarding how they intend to proceed against the non-litigating defendants.[1]  This is the parties' second request for an extension in the time to file a stipulation of dismissal in this matter.

---

[1] The non-litigating, defaulted defendants are Francis Joseph Lacina, P.C., JFL Medical Care P.C., FJL Medical Services P.C., and RA Medical Services P.C., all of whom have not appeared in the action since

**DALLAS**
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 2000
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990

Hon. Sanket J. Bulsara
August 18, 2025
Page 2



    As the Court is aware, as the result of a successful mediation, the parties informed the Court on May 22, 2025, that they had reached an agreement in principle. *See* ECF 120. Thereafter, Plaintiffs provided counsel for Mr. Rybak with a draft settlement agreement in which they subsequently provided comments. With the exception of one substantive comment, the parties had still agreed on all other material terms and conditions. The parties continue to engage in good faith discussions and exchange proposals to resolve the one remaining issue and believe that the preservation of judicial resources, as well as to save the parties the expense in a litigation that should be resolved through settlement, would be advanced by providing the parties additional time to continue to work in earnest to complete the settlement and, to the extent necessary, enlist the mediator to help achieve the parties shared objective. Therefore, the parties respectfully request that the Court reconsider its previous position declining to grant any further extensions and, instead, provide the parties with an additional thirty (30) days to finalize the terms of the settlement. With the assistance of the mediator, if necessary, the parties anticipate that the settlement agreement will be finalized and executed within the next thirty (30) days.

    Upon resolution, Plaintiffs will promptly file a stipulation of voluntary dismissal concerning Defendant Oleg Rybak and file a status letter regarding how Plaintiffs intend to proceed against the defaulted, non-litigating defendants.

    We thank the Court for its consideration in this regard.

                            Very truly yours,

                            **MANNING | KASS**

                            Erica L. Mobley, Esq.

4899-8932-9245.10

---

the passing of their counsel, Mark L. Furman, Esq. in January 2023, and are presently in default for failing to timely respond to the Complaint.